# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**CHARLES LUNSFORD**                                                                 **PLAINTIFF**

**VS.**                                              **4:05CV00621-WRW**

**JO ANNE B. BARNHART, Commissioner,**
**Social Security Administration**                                               **DEFENDANT**

## JUDGMENT

Based on an Order entered this date, this case is DISMISSED.

IT IS SO ORDERED this 27th day of December, 2005.

                                                 /s/ Wm. R.Wilson,Jr.
                                                 UNITED STATES DISTRICT JUDGE