# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CHARLES LUNSFORD                                                                  PLAINTIFF

v.                    NO. 4:05CV00621 WRW/HDY

JO ANNE B. BARNHART, Commissioner                            DEFENDANT
of the Social Security Administration

## FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following findings and recommendation have been sent to United States District Judge William R. Wilson, Jr. Any party may serve and file written objections to these findings and recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the Office of the United States District Court Clerk no later than eleven (11) days from the date of the findings and recommendation. The copy will be furnished to the opposing party. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The details of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite 402
> Little Rock, Arkansas 72201-3325

## DISPOSITION

The record reflects that on December 12, 2005, the undersigned recommended the dismissal of this proceeding without prejudice because plaintiff Charles Lunsford ("Lunsford") had failed to prosecute it and had otherwise failed to obey the orders of the Court. See Document 16. On December 27, 2005, United States District Judge William R. Wilson, Jr., adopted the undersigned's recommendation, entered judgment for the Commissioner of the Social Security Administration, and dismissed the proceeding without prejudice. See Documents 17 and 18. On January 13, 2006, Lunsford filed the pending motion for "relief from order and judgment dismissing [the] case without prejudice pursuant to Fed. R. Civ. P. 60(b)(1)." See Document 19.

"Rule 60(b) provides that 'the court may relieve a party … from a final judgment, order, or proceeding' for a variety of reasons, one of them being excusable neglect. Fed. R. Civ. P. 60(b)(1). 'Excusable neglect means good faith and some reasonable basis for noncompliance with the rules.' Ivy v. Kimbrough, 115 F.3d 550, 552 (8th Cir. 1997)." See United States v. Puig, 419 F.3d 700, 702 (8th Cir. 2005).

The undersigned has thoroughly reviewed the motion filed by Lunsford. Applying the foregoing teachings regarding Rule 60(b)(1) to the reasons advanced by Lunsford in his motion, the undersigned recommends that the motion be granted, this proceeding be re-opened, and it proceed to a disposition on the merits.

DATED this __15____ day of __March_____, 2006.


_____
UNITED STATES MAGISTRATE JUDGE