# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CHARLES LUNSFORD                                                                           PLAINTIFF

v.                                   NO. 4:05CV00621 WRW

JO ANNE B. BARNHART, Commissioner                             DEFENDANT
of the Social Security Administration

### ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. After a careful review of the findings and recommendation, the timely objections received thereto, and a <u>de novo</u> review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion for "relief from order and judgment dismissing [the] case without prejudice pursuant to Fed. R. Civ. P. 60(b)(1)" filed by plaintiff Charles Lunsford is granted. This proceeding is re-opened so that it may proceed to a disposition on the merits.

IT IS SO ORDERED this 27th day of March, 2006.

                                                      /s/ Wm. R.Wilson,Jr.
                                       UNITED STATES DISTRICT JUDGE