IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHARLES LUNSFORD**                                                    **PLAINTIFF**

**v.**                            **4:05CV00621-WRW**

**JO ANNE B. BARNHART,
COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION**                  **DEFENDANT**

## JUDGMENT

In accordance with the Court's Order entered this date, it is Considered, Ordered and Adjudged that the claims of Plaintiff should be, and hereby is, DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 22nd day of March, 2007.

                                       /s/Wm. R. Wilson, Jr.
                             UNITED STATES DISTRICT JUDGE